DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erica Yvonne Blea,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00971-NONE-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 45-day extension of time, from December 20, 2021 to February 3, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  Defendant will file Opposition brief on March 21, 2022, and Plaintiff's Reply will be filed April 5, 2022.

　　　This is Plaintiff's first request for an extension of time.  Good cause exists for this extension.  Counsel has recently received a greater number of Answers and

Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel has a greater than usual number of merit briefs due in December 2021.  For the week of December 20, 2021, Counsel has two merit briefs, several reply and EAJA Motions. Despite having preplanned holiday vacation days out of the State, Counsel still has, for the remainder of December 2021, five other merit briefs scheduled to be due within that period.

Due to Counsel's attempt to spread out the significant increase of briefs due for prior months, in the month of January 2022, Plaintiff's Counsel has 17 merit briefs.

In addition, Counsel is responsible for reviewing AC denials for possible filing in US District Court.  Counsel has received an unusual and ever-increasing number of AC denials which require a review for possible filing in US District Court.

Due to the increase in certified administrative records being filed by defendant, Counsel for Plaintiff has a larger than usual number of briefs due for the month of December 2021 and January 2022.

Compounding the issue of an increased number of merit briefs due, Counsel has preplanned vacation days for the Christmas holidays including vacation days to be spent out of State with family.  Counsel respectfully requests the Court granted the requested extension.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: December 13, 2021         PENA & BROMBERG, ATTORNEYS AT LAW

|   |   |
|---|---|
|   | By: */s/ Dolly M. Trompeter*<br>DOLLY M. TROMPETER<br>Attorneys for Plaintiff |
| Dated: December 13, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
|   | By: */s/ Patrick Snyder*<br>Patrick Snyder<br>Special Assistant United States Attorney<br>Attorneys for Defendant<br>(*As authorized by email on December 13, 2021) |

3

## **ORDER**

Pursuant to the parties' request, and for good cause shown, IT IS SO ORDERED that Plaintiff shall have an extension, up to and including February 3, 2022, to file Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **December 14, 2021**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE