PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel
Oscar Gonzalez de Llano
Special Assistant United States Attorney
  Social Security Administration
  160 Spear Street, Suite 800
  San Francisco, CA 94105
  Telephone: (510) 970-4818
  Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA YVONNE BLEA,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:21−CV−00971−BAM<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended fifty-two days (52) days from April 18, 2022, to June 9, 2022. This is Defendant's first request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant will be unable to devote the time required to complete Defendant's response to Plaintiff's Motion for Summary Judgment given the current due date. As

1  this Court no doubt knows, Social Security case filings in federal court increased significantly in
2  the past year.  The increased filings, compounded by COVID-related delays in transcript
3  production and attorney attrition, have resulted in an increased workload and competing
4  deadlines.  Counsel for Defendant currently has fourteen (14) merit briefs currently due in district
5  court cases over the next 30 days and an additional eight (8) merit briefs currently due in district
6  court cases in 30-60 days.   Given this current workload an extension until June 9, 2022 should
7  provide an opportunity for the undersigned Counsel for Defendant to complete the response to
8  Plaintiff's Motion for Summary Judgment.  Furthermore, a reassignment of this matter to another
9  staff attorney is currently not tenable given the high volume of cases that all of our limited staff
10 (due to leave and resignations) is handling.  Counsel apologizes to the Court for any
11 inconvenience caused by this delay.  All other dates in the Court's Scheduling Order shall be
12 extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: April 13, 2022       By:   *s/ Oscar Gonzalez de Llano*
                                 OSCAR GONZALEZ DE LLANO
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

Respectfully submitted,

Attorneys for Plaintiff

DATE: April 13, 2022       By:   *s/ Jonathan O. Pena**
                                 Jonathan O. Pena, Esq.
                                 Pena & Bromberg, Attorneys at Law
                                 (*as authorized by email)

## ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 9, 2022, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: __April 14, 2022__                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE