**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA YVONNE BLEA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]<br><br>    Defendants. | No. 1:21-cv-0971 JLT BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DENYING PLAINTIFF'S SOCIAL SECURITY APPEAL; AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, AND AGAINST PLAINTIFF ERICA YVONNE BLEA<br><br>(Docs. 22, 27) |

Erica Yvonne Blea seeks judicial review of a final decision of the Commissioner of Social Security denying her application for Supplemental Security Income under Title XVI of the Social Security Act. (Doc. 1.)

On July 27, 2022, the assigned magistrate judge issued Findings and Recommendations, finding that the ALJ's decision was supported by substantial evidence in the record and applied the proper legal standards. (Doc. 27 at 6-15.) Therefore, the magistrate judge recommended Plaintiff's appeal from the administrative decision denying benefits be denied. (*Id.* at 15.) No objections were filed, and the time in which to do so has passed.

According to 28 U.S.C. § 636 (b)(1)(c), this Court conducted a *de novo* review of the case.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

1

Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 27, 2022 (Doc. 27) are **ADOPTED** in full.
2. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security (Doc. 22) is **DENIED**.
3. The Clerk of the Court is directed to enter judgment in favor of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and against Plaintiff Erica Yvonne Blea, and to close this case.

IT IS SO ORDERED.

Dated: **August 17, 2022**

UNITED STATES DISTRICT JUDGE

2